[Nos. 26179-1-II; 26184-7-II. Division Two. December 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN CONNELLY, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. DONALD D. DOWELL II, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 00-1-00396-7, Don L. McCulloch and James E. Warme, JJ., entered July 6, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 26227-4-II. Division Two. December 31, 2002.]

JAMES J. O'HAGAN, ET AL., *Appellants*, v. KENYON KELLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 94-2-00298-0, Joel M. Penoyar, J., entered July 28, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.

[Nos. 26517-6-II; 26523-1-II. Division Two. December 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY D. CLARK, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Jefferson County, No. 00-1-00041-9, William E. Howard, J. Pro Tem., entered October 5, 2000. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.